# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ASHLEY ROSS,**

    **Plaintiff,**

CASE NO. _____

v.

**FLORIDA POLYTECHNIC
UNIVERSITY FOUNDATION,
INC. d/b/a FLORIDA
POLYTECHNIC UNIVERSITY,**

    **Defendant.**
_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, FLORIDA POLYTECHNIC UNIVERSITY FOUNDATION, INC., by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, the applicable Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Middle District of Florida, hereby files this Notice of and Petition for Removal ("Petition for Removal").  Defendant hereby requests that this Court remove the action filed by Plaintiff, ASHLEY ROSS, from the Tenth Judicial Circuit in and for Polk County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this action is based on the following:

### Background

1. On or about December 23, 2019, a civil action was filed in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, under the name and style *Ashley Ross v. Florida Polytechnic University Foundation, Inc. d/b/a Florida Polytechnic*

*University* (Case Number 2019-CA-00520800000) (hereinafter the "Circuit Court Case"). A true and correct copy of the Complaint filed in the Circuit Court Case is being filed with this Court along with this Petition for Removal.

2. Plaintiff's Complaint in the Circuit Court Case alleges employment related claims arising out of her former employment with Florida Polytechnic University. Counts II and IV of the Complaint allege claims of discrimination and retaliation brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII")

3. This action is therefore within the original jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, as Plaintiff's claims under Title VII arise under the laws of the United States. *See* 28 U.S.C. § 1331.

4. Pursuant to 28 U.S.C. § 1367, "the district court shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Counts I and III of Plaintiff's Complaint allege similar claims of discrimination and retaliation brought under the Florida Civil Rights Act (FRCA). These claims are directly related to the Plaintiff's claims of discrimination and retaliation under Title VII. Therefore, the Court has supplemental jurisdiction over these claims.

**Venue**

5. The United States District Court for the Middle District of Florida, Tampa Division, includes the judicial circuit in which Plaintiff filed her Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

**Compliance With Procedural Requirements**

6. Defendant was served with the Complaint, on January 2, 2020. This Notice of and Petition for Removal has been filed within thirty (30) days after service of the Complaint in the Circuit Court Case. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

7. Copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are being filed with this Court along with this Notice of and Petition for Removal, as required by 28 U.S.C. § 1446(a) and Local Rule 4.02 M.D. Fla.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of this removal to all parties in this action and will file a copy of this Notice of and Petition for Removal in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida.

WHEREFORE, Defendant, FLORIDA POLYTECHNIC UNIVERSITY FOUNDATION, INC., respectfully requests that the United States District Court for the Middle District of Florida, Tampa Division, accept the removal of this action from the state court and direct that the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, have no further jurisdiction of this matter unless and until this case is remanded.

DATED this 3rd day of February, 2020.

Respectfully submitted,

*/s/ Kristyne E. Kennedy*
KRISTYNE E. KENNEDY
FBN:  0194700
DANIELLE M. SIMPSON
FBN: 1010871
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Primary Email:
kristyne.kennedy@csklegal.com
Secondary Email:
Danielle.Simpson@csklegal.com
Secondary Email:
Jillian.sotomayor@csklegal.com
Telephone: (321) 972-0028
Facsimile:   (321) 972-0099
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Kristyne E. Kennedy*

\\bunk-orldoc1\orldoc\200129_0001\[17155281] notice of and petition for removal (federal).docx