IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

ASHLEY ROSS,

      Plaintiff,

v.                                  CASE NO.:

FLORIDA POLYTECHNIC UNIVERSITY
FOUNDATION, INC., d/b/a FLORIDA
POLYTECHNIC UNIVERSITY,

      Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA)
TO EACH SHERIFF OF THE STATE)

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint or Petition in the above-styled cause upon the Defendant:

Florida Polytechnic University Foundation, Inc.
C/O Regina Delulio, Esq., Registered Agent
4700 Research Way
Lakeland, FL 33805

    Each Defendant is required to serve written defenses to the Complaint or Petition in this action on the attorney for the Plaintiff:

William J. Sheslow, Esq.
Dorothy K. Hufnagel, Esq.
Whittel & Melton, LLC
11020 Northcliffe Boulevard
Spring Hill, FL 34608
Service Email: will@theFLlawfirm.com
dorothy@theFLlawfirm.com
pls@theFLlawfirm.com
jwalsh@theFLlawfirm.com
bonnie@theFLlawfirm.com

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the Defenses with the Clerk of this Court either before service on the Plaintiffs' attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

STACY M. BUTTERFIELD
53-2019CA-005208-0000-
12/26/2019 4:30:20 PM

    **WITNESS** my hand and seal of said Court
Dated this ____ day of __12/26/2019__, 2019.    Polk County, Clerk of Court
Deputy Clerk

2019CA-005208-0000-00    Received in Polk 12/23/2019 05:30 PM