# RETURN OF SERVICE

State of Florida          County of Polk          Circuit Court

Case Number: 53 2019 5208

Plaintiff:
**ASHLEY ROSS**

WPI2019007493

vs.

Defendant:
**FLORIDA POLYTECHNIC UNIVERSITY FOUNDATION INC D/B/A FLORIDA POLYTECHNIC UNIVERSITY**

For:
William J Sheslow, Esquire
Whittel & Melton
11020 Northcliffe Blvd
Spring Hill, FL 34608

Received by GINA SANTOS on the 30th day of December, 2019 at 12:55 pm to be served on **FLORIDA POLYTECHNIC UNIVERSITY FOUNDATION INC C/O REGINA DELULIO ESQ AS R/A, 4700 RESEARCH WAY, LAKELAND, FL 33805**.

I, GINA SANTOS, do hereby affirm that on the **2nd day of January, 2020 at 12:42 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **MICHELLE POWELL** as **SENIOR ASSOCIATE DIRECTOR** who stated they were authorized to accept service for **FLORIDA POLYTECHNIC UNIVERSITY FOUNDATION INC C/O REGINA DELULIO ESQ AS R/A**, at the address of: **4700 RESEARCH WAY, LAKELAND, FL 33805**, and informed said person of the contents therein, pursuant to F.S. 48.081.

**Description** of Person Served: Age: 29, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Dark Blonde, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted or served. Furthermore, I have personal knowledge to this Affidavit/Return of Service. No notary required pursuant to F.S. 92.525(2).

GINA SANTOS
Certified Process Server CA907

Venture Investigations & Process Services, Inc.
P.O. Box 1132
Oldsmar, FL 34677-1132
(727) 771-9112

Our Job Serial Number: WPI-2019007493
Ref: ROSS

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Filing # 100752267 E-Filed 12/23/2019 05:29:28 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

ASHLEY ROSS,

    Plaintiff,

v.                                                                  CASE NO.:

FLORIDA POLYTECHNIC UNIVERSITY
FOUNDATION, INC., d/b/a FLORIDA
POLYTECHNIC UNIVERSITY,

    Defendant.
_____/

1-2-20
1242p
GS 907

## SUMMONS

**THE STATE OF FLORIDA)**
**TO EACH SHERIFF OF THE STATE)**

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint or Petition in the above-styled cause upon the Defendant:

    Florida Polytechnic University Foundation, Inc.
    C/O Regina Delulio, Esq., Registered Agent
    4700 Research Way
    Lakeland, FL 33805

    Each Defendant is required to serve written defenses to the Complaint or Petition in this action on the attorney for the Plaintiff:

    William J. Sheslow, Esq.
    Dorothy K. Hufnagel, Esq.
    Whittel & Melton, LLC
    11020 Northcliffe Boulevard
    Spring Hill, FL 34608
    Service Email: will@theFllawfirm.com
                    dorothy@theFLlawfirm.com
                    pls@theFLlawfirm.com
                    jwalsh@theFLlawfirm.com
                    bonnie@theFLlawfirm.com

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the Defenses with the Clerk of this Court either before service on the Plaintiffs' attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

                                                      STACY M. BUTTERFIELD

    **WITNESS** my hand and seal of said Court
    Dated this ____ day of __12/26/2019__, 2019.     Polk County, Clerk of Court
                                                                 Deputy Clerk

53-2019CA-005208-0000
12/26/2019 4:30:10 PM

**2019CA-005208-0000-00**     Received in Polk 01/06/2020 08:09 AM