# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ASHLEY ROSS,**

    **Plaintiff,**

**v.**                                                        **Case No: 8:20-cv-00262-MSS-JSS**

**FLORIDA POLYTECHNIC UNIVERSITY**
**FOUNDATION, INC. d/b/a FLORIDA**
**POLYTECHNIC UNIVERSITY,**

    **Defendant.**

___

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 12, 2020, Defendant filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 17) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of June, 2020.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party